```
 1  Maxine I. Dobro
    State Bar No. 98962
 2  105 West "F" Street, Third Floor
    San Diego, California  92101
 3  (619)  232-5044
 4
    Attorney for Defendant PERLA CENTELLA
 5
 6
 7
 8
 9              UNITED STATES DISTRICT COURT
10              SOUTHERN DISTRICT OF CALIFORNIA
11                 (HONORABLE LARRY BURNS)
12
13  UNITED STATES OF AMERICA,      )  Case No. 06-1195-LAB
                                   )
14             Plaintiff,          )  STIPULATION AND PROPOSED
    v                              )  ORDER REQUESTING
15                                 )  ENLARGEMENT OF BOND.
    PERLA CENTELLA,                )
16                                 )
               Defendant.          )
17                                 )
    _____)
18
19                     (I) STIPULATION
20     The defendant, PERLA CENTELLA, by and through her counsel,
21  Maxine Dobro, and with the concurrence of Assistant United States
22  Attorney, Linda Frakes, hereby requests that the travel conditions
23  be enlarged to permit her to travel to Tijuana, B.C., Mexico from
24  28 September 2006 - 1 October 2006 for the purpose of a family trip
25  to attend a relative's wedding, and attendant celebrations.
26     The current conditions of pretrial release restrict Ms.
27  Centella's travel to the Southern Districts of California. (See
28  Order and Conditions of Pretrial Release, enclosed).
```

06cr1195

1  Ms. Centella is in full compliance with all of her conditions
2  of pretrial release, and this stipulation is entered into with the
3  full consent of her pretrial release officer, Ms. Diana Gonam((619)
4  557-5938). The request is also made with the full consent of the
5  two sureties on Ms. Centella's bond, Ms. Carmen Astorga and Mr.
6  Josue Centella, as evidenced by the attached declaration.

DATED: 22 September 2006

_____
Maxine I. Dobro, Attorney for
PERLA CENTELLA.

DATED: 26 September 2006

_____
Linda Frakes, Assistant United
States Attorney.

```
 1  Maxine I. Dobro
    State Bar No. 98962
 2  105 West "F" Street, Third Floor
    San Diego, California  92101
 3  (619)  232-5044
 4  Attorney for Defendant PERLA CENTELLA
```

2006 SEP 28 PM 2:25

 5

 6

 7                   **UNITED STATES DISTRICT COURT**

 8                 **SOUTHERN DISTRICT OF CALIFORNIA**

 9                      **(HONORABLE LARRY BURNS)**

10  UNITED STATES OF AMERICA,          )   Case No. 06-1195-LAB
                                       )
11              Plaintiff,             )   **ORDER**
                                       )   **ENLARGING BOND.**
12                                     )
    PERLA CENTELLA,                    )
13                                     )
                Defendant.             )
14                                     )
                                       )
15  _____

16                           **O R D E R**

17       **IT IS HEREBY ORDERED** after good cause having been shown that

18  the conditions of PERLA CENTELLA's bond be modified to allow Ms.

19  ~~Carranza~~ Centella to travel to ~~Los Angeles, California~~ Tijuana, B.C., MEXICO from ~~2 - 5~~ 28 September

20  2006, to 1 October 2006.

21

22  Dated: 9/28/06                        _____
                                          HONORABLE WILLIAM MCCURINE,
23                                        UNITED STATES MAGISTRATE JUDGE

```
1  Maxine I. Dobro
   State Bar No. 98962
2  105 West "F" Street, Third Floor
   San Diego, California 92101
3  (619) 232-5044

4  Attorney for Defendant PERLA CENTELLA
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE LARRY BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06-1195-LAB |
| Plaintiff, ) | **DECLARATION OF SURETIES** |
| v. ) | |
| PERLA CENTELLA, ) | |
| Defendant. ) | |

We, the undersigned sureties, Josue Centella and Carmen Astorga, declare as follows: We understand that the current conditions of Ms. Centella's bond require that her travel be restricted to the Southern Districts of California. We have no opposition to Ms. Centella traveling to Tijuana, B.C., Mexico, from 28 September 2006 - 1 October 2006

We declare under the penalty of perjury under the laws of the United States that the foregoing is true.

Executed this _19_ day of September 2006 at San Diego California.

_____
Josue Centella

_____
Carmen Astorga