FILED

06 OCT 13 AM 9:04

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ PDL _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE LARRY BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06-1195-LAB |
| Plaintiff, ) | |
| ) | **ORDER ENLARGING BOND.** |
| PERLA CENTELLA, ) | |
| Defendant. ) | |

## O R D E R

**IT IS HEREBY ORDERED** after good cause having been shown that the conditions of PERLA CENTELLA's bond be modified to allow Ms. Centella to travel to Tijuana, Baja California from 12 - 15 October 2006, 26 - 28 October 2006, 10 - 12 November 2006, 17 - 19 November 2006, 2 - 3, 9 - 10, 16 - 17 December 2006, 31 December 2006 - 2 January 2007, and 6 - 7 January 2007.

Dated: 10/11/06

_____
HONORABLE WILLIAM MCCURINE,
UNITED STATES MAGISTRATE JUDGE