1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PERLA CENTELLA,

                              Petitioner,

          vs.

UNITED STATES OF AMERICA,

                              Respondent.

CASE NO. 07CV2348-LAB
[Related Case No. 06CR1195-LAB]

**ORDER REQUIRING RESPONSE TO MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE**

        On December 17, 2007, Petitioner filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct her 36-month sentence imposed following her September 15, 2006 guilty plea to one count of bringing in illegal aliens for financial gain and aiding and abetting.  Respondent shall file and serve a responsive memorandum not later than ***February 4, 2008***.  The Response shall include any and all documents relevant to the determination of the motion.  No later than ***March 3, 2008*** Petitioner may serve and file a Reply to the Response.  Thereafter, the parties shall await further order of the court.  The Clerk of Court shall serve a copy of the Motion together with a copy of this Order on the United States Attorney or an authorized representative, 880 Front Street, San Diego California 92101.

        **IT IS SO ORDERED**.

DATED:  January 7, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

07CV2348